LONG BROTHERS GROCERY COMPANY v. JACOB BUCK.

**No. 13,080.** (72 Pac. 1100.)

Error from Osage district court; WILLIAM THOMSON, judge. Opinion filed April 11, 1903. Affirmed.

*Pleasant & Pleasant,* for plaintiff in error.
*Henry B. Hughbanks,* and *Frank Lofty,* for defendant in error.

*Per Curiam:* There was no abuse of discretion in denying defendant's application to file a bill of particulars; nor was prejudicial error committed in placing the burden of proof. The rulings on testimony and on instructions furnish no grounds for a reversal, and none of the points presented seems to be sufficiently material to require special comment.

The judgment is affirmed.